# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00678-CV

**Anthony R. Bertucci and Mildred L. Bertucci, Appellants**

**v.**

**Steven J. Portnoy d/b/a Carson Commercial Real
Estate Brokerage, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
## NO. GN104244, HONORABLE PATRICK O. KEEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties mediated their dispute and settled the issues between them. Based on their mediated settlement, appellants Anthony R. Bertucci and Mildred L. Bertucci ask this Court to dismiss this appeal, and apportion costs according to the party incurring them.

On appellants' motion, this appeal is dismissed and costs are taxed to the party incurring same. Tex. R. App. P. 42.1(a)(1).

Bob Pemberton, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed on Appellants' Motion

Filed:   December 2, 2004